IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESLIE A. SCHMIDT,
    Plaintiff,

v.                                      Case No. 3:08cv570/MCR/EMT

JOHN A., CYNTHIA D., and
KATE HARRIS,
    Defendants.
_____/

## **O R D E R**

This cause is before the court upon Defendants' Motion to Compel Rule 26(a) Disclosures (Doc. 22). Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiff shall respond to Defendants' motion on or before **FRIDAY, OCTOBER 16, 2009**. Prior to responding, Plaintiff shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 9th day of October 2009.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**